BRANDON S. JOHNSTON (SBN 241250)
COGGINS JOHNSTON, LLP
2281 Lava Ridge Court, Suite 320
Roseville, CA 95661
Telephone: (916) 797-1397
Facsimile: (916) 780-5262
Email: bjohnston@cjmlawyers.com

Attorneys for Debtor(s)
BRADLEY CLARK BRINKMAN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

–o0o–

| | |
|---|---|
| IN RE:<br><br>BRADLEY CLARK BRINKMAN,<br><br>Debtor(s).<br><br>Soc. Sec. No.: XXX-XX-2487 | Case No.: 09-40234-C-7<br>Chapter 7<br>DCN: BSJ-001<br><br>Judge: Christopher M. Klein<br><br>No hearing required pursuant to Local Rule 5010-1<br><br>**DEBTOR'S DECLARATION IN SUPPORT OF DEBTOR'S MOTION TO REOPEN CASE NO. 09-40234** |

I, Bradley Clark Brinkman, the Debtor herein, declare and state the following:

1. I am the debtor in the above-referenced case. I have personal knowledge of the facts contained in this declaration.

2. I filed my Chapter 7 bankruptcy case on September 21, 2009.

3. Prior to filing the above-referenced bankruptcy case I sustained significant physical injuries resulting from a helicopter crash.

4. At the time of filing the above-referenced bankruptcy I had not yet filed for recovery of claims arising from the helicopter crash.

1

5. After filing the above-entitled bankruptcy case, I filed two personal injury lawsuits based upon my injuries resulting from the helicopter crash.
6. Through inadvertence the potential personal injury recovery was omitted from my bankruptcy schedules.
7. I am requesting that my bankruptcy case be re-opened so that I can have all of my assets scheduled and administered as part of the bankruptcy estate.

I declare under the penalty of perjury under the laws of the United States of America that the following is true and correct based upon my knowledge, information and belief.

DATED: October 14, 2011

/S/ BRADLEY CLARK BRINKMAN

BRADLEY CLARK BRINKMAN, DECLARANT